# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1113

_____

Juan Carlos Jacinto-Vazquez,

*Petitioner,*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States,

*Respondent.*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 19, 2017
Filed: April 28, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Juan Carlos Jacinto-Vazquez petitions for review of an order of the Board of Immigration Appeals adopting the decision of an immigration judge

---

[1]Jefferson B. Sessions, III is substituted for his predecessor pursuant to Federal Rule of Appellate Procedure 43(c).

denying withholding of removal, and denying relief under the Convention Against Torture (CAT).[2]   After careful consideration, we conclude substantial evidence supports the denials.  Jacinto-Vazquez failed to establish a clear probability that his life or freedom would be threatened in Mexico because of his membership in a particular social group, and failed to establish he was entitled to CAT relief.  *See De Castro-Gutierrez v. Holder*, 713 F.3d 375, 381-82 (8th Cir. 2013) (standard for granting CAT relief); *Davila-Mejia v. Mukasey*, 531 F.3d 624, 627, 629 (8th Cir. 2008) (standard of review; withholding requirements).

The petition for review is denied.  *See* 8th Cir. R. 47B.

_____

---

[2]The rulings determining that Jacinto-Vazquez had not timely filed his asylum application or shown circumstances to excuse his untimeliness are not before us in this petition for review.